Dane L. Hines (#7886)
Attorney at Law
245 North University Ave
Provo, Utah 84601
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | Case No. 20-24624 |
| Myron Ray Anderson | } | |
| Jeanine Ann Anderson | } | Chapter 7 |
| | } | |
| **Debtor(s)** | } | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am 18 years of age or older and not a party to this action, and that I caused to be served by US First Class Mail a true and correct copy of the following:

 341 Notice

on this day, 8/10/2020, to the persons listed below:


_____/s/_____  8/10/2020
**Dane L Hines**


chartway federal Credit Union
2089 West 9000 South
West Jordan, UT 84088

Chase Bank
340 S Cleveland Avenue Bldg 370
Westerville, OH 43081

Check City
1221 North 500 West
Provo, UT 84604

Check City
POB 970183
Orem, UT 84097

Timpanogos Reg Hosp (Orem)
POB 290429
Nashville, TN 37229-0429

Timpanogos Regional Hospital
750 West 800 North
Orem, UT 84057

Timpanogos Regional Hospital
PO Box 740757
Cincinnati, OH 45274-0757

Wells Fargo
PO Box 6995
Portland, OR 97228-6995